# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0579. CARTARVIS A. JORDAN v. THE STATE.

A jury found Cartarvis Jordan guilty of multiple counts of armed robbery and other offenses, and the trial court denied his motion for a new trial on March 13, 2020. Jordan appealed the denial of his motion for new trial, but we dismissed the appeal for lack of jurisdiction because Jordan's notice of appeal was filed untimely. See Case No. A21A1147 (Mar. 24, 2021). Back in the trial court, Jordan filed a motion for out-of-time appeal, which the trial court granted on August 5, 2021.  On September 17, 2021, Jordan filed his pro se notice of appeal. Again, however, we lack jurisdiction.

A defendant granted an out-of-time appeal by the trial court has 30 days from the grant of the motion to file a notice of appeal. See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland*, 264 Ga. at 872 (1). Jordan's notice of appeal is untimely, as it was filed 40 days after entry of the order granting his motion

for an out-of-time appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,   01/04/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.